AO240 (Rev 9/96)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Plaintiff

v.

Defendant

Case Number: 07-1063 HHK

I, Antoine Jones, declare that I am the (check the appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above entitled proceeding; that in support of my request to proceed without prepayments of fees or costs under the 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you presently incarcerated?     ☑ Yes     ☐ No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  C.D.F. DC Jail 1901 D St SE WDC 20003

   Are you employed at the institution? No     Do you receive any payment from the institution? No

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transaction.

2. Are you presently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   N/A

   b. If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer.   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other form of self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends     ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☑ No
   d. Disability or workers compensation payments     ☐ Yes     ☑ No
   e. Gifts or inheritances     ☐ Yes     ☑ No
   f. Any other sources     ☑ Yes     ☐ No

   RECEIVED
   MAY 1 5 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.   My wife and family send me money in for personal needs, cosmetics.

   2

1. Do you have any cash, or checking or savings accounts?   ☐ Yes   ☐ No

   If "Yes" state the total amount. _____N/A_____

2. Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?
   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value. _I Have A property shell in Baltimore MD, me and my purchase the shell at $39,000°°_

3. List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support. _N/A_

I declare under penalty of perjury that the foregoing is true and correct.

_May 7 2007_                    _Antoine Jones_
Date                                    Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**CERTIFICATE**

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _359.06_ on account to his/her credit at (name of institution) _C.D.F._. I further certify that the applicant has the following securities to his/her credit: _0_. I further certify that during the past six months the applicant's average balance was $ _170°°_.

_5/7/07_                    _Dr. Benedict [signature]_
DATE                          SIGNATURE OF AUTHORIZED OFFICER

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __Antoine Jones__ v. __SA, Steve Naugle__

Civil Action No. _____

I, __Antoine Jones__ # __241912__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Antoine Jones_
Signature of Plaintiff

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS ___ DAY OF ___ YEAR ___
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 20__

n:\forms\Trust Account Form