# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>Antoine Jones | COURT CASE NUMBER<br>07-1063 HHK |
| DEFENDANT<br>Steve Kirchner, et al | TYPE OF PROCESS<br>Summons in a Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ Special Agent Angela McCravy - FBI
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pennsylvnia Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2007 JUN 28 P 2:46

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 6/28/07 |
|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

U.S. Department of Justice
Federal Bureau of Investigation

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone: (202) 220-9318
            (202) 220-9347
Fax:        (202) 812-0080
Cell:
E-mail: ernest.batenga@ic.fbi.gov

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 7/03/07 | 1100 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  7/3/07 Refused to accept service

FORM USM-285 (Rev. 12/15/80)

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063HHK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steve Kirchner, et al | Summons in a Civl Action |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sepcial Agent Jared Wise - Federal Bureau of Investigaiton

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pennsylvania Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. Department of Justice
Federal Bureau of Investigation

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

Telephone: (202) 220-9318
Fax: (202) 220-9347
Cell: (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

ervice on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 6/28/07 |
|---|---|---|---|

-ved, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described ddress shown above or on the individual, company, corporation, etc., shown at the address inserted below.

locate the individual, company, corporation, etc., named above (See remarks below)

above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

...shown above)

Date of Service: 7/03/07   Time: 1100 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
7/3/07 Refused to accept Service

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063   HHK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Steve Kirchner, et al | Summons in a Civil Action |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ FBI Special Agent Brooks - FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

9th & Pennsylvania Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel
Telephone: (202) 220-9318
Fax: (202) 220-9347
Cell: (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov
935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

...vice on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| strict Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|
| 16 | No. 16 | [signature] | 6/28/07 |

ed, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
lress shown above or on the individual, company, corporation, etc., shown at the address inserted below.

cate the individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | ☐ am ☑ pm |
|---|---|---|
| 7/03/07 | 1100 | |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

7/3/07 Refused to accept service

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063  HHk |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Steve Kirchner, et al | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Special Agent Joseph Lowry  -  FBI

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pennsylvania Ave., NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2007 JUN 28 P 2:47

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk  *Frank Tallui* | Date 6/28/07 |
|---|---|---|

legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., shown at the address inserted below.

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

individual, company, corporation, etc., named above (See remarks below)

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone:       (202) 220-9318
Fax:             (202) 220-9347
Cell:            (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am |
|---|---|---|
| 7/03/07 | 1100 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 07/03/07  REFUSED TO ACCEPT SERVICE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063   HHK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steve Kirchner, et al | Summons in a Civil Action |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Speical Agent Timothy Pak - FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

9th & Pennsylvania Ave., NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                                                         Fold

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone:
Fax:           (202) 220-9318
Cell:          (202) 220-9347
              (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

☐ PLAINTIFF   TELEPHONE NUMBER   DATE
☐ DEFENDANT

**SHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Signature of Authorized USMS Deputy or Clerk     Date
                                                 6/28/07

evidence of service, ☐ have executed as shown in "Remarks", the process described
: or on the individual, company, corporation, etc., shown at the address inserted below.

ual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 7/03/07 | 1100 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

7/3/07  Refused to accept service

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063  HHK |
| DEFENDANT | TYPE OF PROCESS |
| Steve Kirchner, et al | Summons in a Civil Action |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CRAIG WALLACE - CR-1, FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pennsylvania Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone: (202) 220-9318
Fax: (202) 220-9347
Cell: (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 6/28/07 |
|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/03/07   Time: 1100 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
7/3/07 Refused to accept service

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Antoine Jones | COURT CASE NUMBER<br>07-1063   HHK |
|---|---|
| DEFENDANT<br>Steve Kirchner, et al | TYPE OF PROCESS<br>Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Special Agent Gregg Horner - FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

9th & Pennsylvania Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                 Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|
| 16 | [signature] | 6/28/07 |

legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., shown at the address inserted below.

...idividual, company, corporation, etc., named above (See remarks below)

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone:          (202) 220-9318
Fax:                (202) 220-9347
Cell:               (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 7/03/07 | 1100 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:   07/03/07   REFUSED TO ACCEPT SERVICE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063   HHK |
| **DEFENDANT** | TYPE OF PROCESS |
| Steve Kirchner, et al | Summons in a Civil Action |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Special Agent Brian Mumford - FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pennsylvnia Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                         Fold

RECEIVED 2007 JUN 28 P

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF   TELEPHONE NUMBER   DATE
                                                                            ☐ DEFENDANT

**SHAL ONLY — DO NOT WRITE BELOW THIS LINE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone:
Fax:     (202) 220-9318
Cell:    (202) 220-9347
         (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

| | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|
| 16 | [signature] | 6/28/07 |

vidence of service, ☐ have executed as shown in "Remarks", the process described
.or on the individual, company, corporation, etc., shown at the address inserted below.

..l, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am |
|---|---|---|
| 7/03/07 | 1:00 | pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

7/3/07 Refused to accept service

**PRIOR EDITIONS MAY BE USED**            **1. CLERK OF THE COURT**            FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | CA-07-1063 HHK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steve Kirchner, et al | S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Special Agent Serghy Kaluzny

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  Federal Bureau of Investigation    9th & Pa. Ave., NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
|  |  | 6/6 | No. | [signature] Dellis F. Dunn | 6-29-07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone: (202) 220-9318
Fax: (202) 220-9347
Cell: (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 7/03/07 | 11:00 | pm |

Signature of U.S. Marshal or Deputy [signature]

| Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|
|  |  |  |  |

REMARKS: 07/03/07 REFUSED TO ACCEPT SERVICE
Ernest Batenga

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | CA-07-1063 HHK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steve Kirchner, et al | S&C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Special Agent Kevin Wolf - Federal Bureau of Investigation

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pa. Ave., NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|
| 16 | [signature] | 6/29/07 |

al evidence of service, ☐ have executed as shown in "Remarks", the process described ve or on the individual, company, corporation, etc., shown at the address inserted below.

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535
Telephone:
Fax: (202) 220-9318
Cell: (202) 220-9347
E-mail: ernest.batenga@ic.fbi.gov   (202) 812-0080

idual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/3/07   Time: 1100 am/pm

Signature of U.S. Marshal or Deputy

otal Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

(including endeavors)

REMARKS: 07/03/07 REFUSED TO ACCEPT SERVICE

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | CA-07-1063 HHK |
| DEFENDANT | TYPE OF PROCESS |
| Steve Kirchner, et al | S&C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Special Agent Kate Weaton - Federal Bureau of Investigation

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th & Pa. Ave., NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

**S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

District to Serve No. 16    Signature of Authorized USMS Deputy or Clerk [signature]    Date 6/29/07

legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., shown at the address inserted below.

individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/3/07   Time: 1100  ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: [signature]

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone: (202) 220-9318
Fax: (202) 220-9347
Cell: (202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 07/03/07 REFUSED TO ACCEPT SERVICE

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063 HHK |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Steve Kirchner, et al | Summons in a Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Special Agent Steve Naugle - FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9th Pennsylvania Ave., NW, Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 6/28/07 |
|---|---|---|

legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., shown at the address inserted below.

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

dividual, company, corporation, etc., named above (See remarks below)

Ernest F. Batenga
Assistant General Counsel
Office of the General Counsel

935 Pennsylvania Ave. N.W.
Suite PA 400
Washington, DC 20535

Telephone:
Fax: (202) 220-9318
Cell: (202) 220-9347
(202) 812-0080
E-mail: ernest.batenga@ic.fbi.gov

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 7/3/07 | 1100 | |

Signature of U.S. Marshal or Deputy: LAW

| Service Fee | (including endeavors) | Forwarding | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** 07/03/07 REFUSED TO ACCEPT SERVICE

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antoine Jones | 07-1063   HHK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Steve Kirchner, et al | Summons in A Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Special Agent Jon Snow - FBI

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
9th & Pennsylvnaia Ave., NW Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

District to Serve No. 16

Signature of Authorized USMS Deputy or Clerk

Date: 6/28/07

U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF INVESTIGATION

Ernest F. Batenga  
Assistant General Counsel  
Office of the General Counsel

935 Pennsylvania Ave. N.W.  
Suite PA 400  
Washington, DC 20535

Telephone: (202) 220-9318  
Fax: (202) 220-9347  
Cell: (202) 812-0080  
E-mail: ernest.batenga@ic.fbi.gov

legal evidence of service, ☐ have executed as shown in "Remarks", the process described above or on the individual, company, corporation, etc., shown at the address inserted below.

individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/03/07   Time: 1100   pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 07/03/07 REFUSED TO ACCEPT SERVICE

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)