UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE JONES,** )<br>)<br>  Plaintiff pro se, )<br>)<br>v. )<br>)<br>**STEVE KIRCHNER, et al.** )<br>)<br>  Defendants. )<br>)<br>_____ ) | C. A. No.: 07-1063 (HHK) |

## PROTECTIVE MOTION FOR ENLARGEMENT
## OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

  Defendants Steve Naugle, Jon Snow, Craig Wallace, Gregg Horner, Joseph Lowery, Angela McCravy, Brian Mumford, Timothy Pak, Jared Wise, Serghy Kaluzny, Kevin Wolf, Kate Beaton, and Brooks, by counsel, hereby move for a sixty day enlargement of time to file a response to the complaint filed by pro se plaintiff herein. This enlargement of time is justified for the following reasons:

  1. Plaintiff appears to have filed this action against defendants, Special Agents with the Federal Bureau of Investigation, in their individual capacities with regard to alleged involvement in a search of his premises in connection with a criminal investigation.

  2. Although the United States Attorney's Office was served with the complaint in this case on July 3, 2007 (docket #5), these defendants have not yet been served (docket #6).

  3. Because Federal Rule of Civil Procedure 12(a)(3)(B) requires an officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the performance of duties on behalf of the United States to answer the complaint within 60

days after service on the officer or employee, or service on the United States, whichever is later, the 60 day period for the filing of an answer has not yet begun.

5. This motion is being filed not as a general appearance on behalf of these defendants as they have not yet been served, but simply to notify the Court that defendants are seeking representation authority from the Justice Department, and that defendants anticipate filing responses to the complaint within 60 days of service, once it is executed.

6. Undersigned counsel did not contact plaintiff pro se to obtain his position on this motion, because plaintiff is presently incarcerated.

Wherefore defendants Steve Naugle, Jon Snow, Craig Wallace, Gregg Horner, Joseph Lowery, Angela McCravy, Brian Mumford, Timothy Pak, Jared Wise, Serghy Kaluzny, Kevin Wolf, Kate Beaton, and Brooks move for a 60 day enlargement of time from the date of service in which to file responses to the complaint.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Antoine Jones
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986


this 29th day of August, 2007.


                                        _____//_____
                                        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, | ) |
|     Plaintiff pro se, | )    C. A. No.: 07-1063 (HHK) |
| v. | ) |
| STEVE KIRCHNER, et al. | ) |
|     Defendants. | ) |

## ORDER

**UPON CONSIDERATION** of the protective motion for enlargement filed by defendants Steve Naugle, Jon Snow, Craig Wallace, Gregg Horner, Joseph Lowery, Angela McCravy, Brian Mumford, Timothy Pak, Jared Wise, Serghy Kaluzny, Kevin Wolf, Kate Beaton, and Brooks,  it is hereby **ORDERED** that the motion is **GRANTED**.  Each of these defendants shall respond to Plaintiff's Complaint within 60 days of the date on which service of the complaint is executed on that defendant.

 

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.