UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTOINE JONES,

    Plaintiff,

        v.                          Civil Action No. 07-1063 (HHK)

STEVE KIRCHNER, et al.,

    Defendants.

ORDER

Defendants Steve Kirchner and Joseph Soputa have filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case against these defendants. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that plaintiff shall respond to the motion to dismiss [7] within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

HENRY H. KENNEDY, JR.
United States District Judge

DATE: September 4, 2007