CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ANTOINE JONES    )
                 )
                 )
                 )
       Plaintiff )    Civil Case Number 07-1063 (RJL)
                 )
    v.           )
                 )    Category    F
STEVE KIRCHNER, et al. )
                 )
                 )
                 )
       Defendant )
                 )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 6, 2007</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Reassigned as related to 07-1027)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
      <u>Judge Leon</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk