UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Antoine Jones                                               Jury Trial
241912
1901 D Street, SE
Washington, DC  20003
Plaintif


-V-                                                         Civil Action No.  07-1063HHK


Defendants
Steve Kirchner, MPD DC
Joseph Soputa, MPD DC


Motion to Notify Defendants Kirchner and Soputa of correct address of Plaintiff

Plaintiff, Antoine Jones, is in receipt of "Motion to Dismiss" on this 15th Day of October,
2007.  Defendants Kirchner and Soputa mailed the information on or about September 6,
2007, to Rivers Correctional Institution in Winton, NC.  Since Plaintiff Jones received the
information on October 15, 2007, Plaintiff did not have the opportunity to respond within
the 30 days requested by defendants.

Plaintiff Jones is currently housed at the District of Columbia Jail in Washington, DC.
As noted in Plaintiff's original filing, the correct mailing address for Plaintiff Antoine
Jones is:

Antoine Jones
DCDC #241-912
1901 D Street, SE
Washington, DC  20003

Plaintiff Jones requests the Defendants make the mailing address correction.

Plaintiff Jones further requests the courts to remand this case for trial as the information
in plaintiff's original filing has substantiated an abundance of evidence supporting
multiple allegations of legal violations by the defendants.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTOINE JONES,

    Plaintiff,

      v.

STEVE KIRCHNER, et al.,

    Defendants.

Civil Action No.  07-1063 (HHK)

## ORDER

_____Defendants Steve Kirchner and Joseph Soputa have filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case against these defendants. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

ORDERED that plaintiff shall respond to the motion to dismiss [7] within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded.

HENRY H. KENNEDY, JR.
United States District Judge

DATE: September 4, 2007

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

OFFICIAL BUSINESS
PENALTY FOR MISUSE

Mr. Antoine Jones
DC #241-912
Rivers Correctional Institute
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986.

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Antoine Jones
DC 241-412

ANTOINE JONES
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986

OFFICIAL BUSINESS

WASHINGTON, DC 20001

RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986



OFFICE OF THE ATTORNEY GENERAL
SUITE 600S
441 FOURTH STREET, N.W.
WASHINGTON, D.C. 20001

ANTOINE JONES
DC # 241-912
RIVERS CORRECTIONAL INSTITUTION
POB 630
WINTON, N.C. 27986

US POSTAGE



Antoine Jones
18600-016

1-2221 Brandywine Rd
Brandywine, MD. 20613

PO Box 540
Mon, NC 27