UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Antoine Jones
DC# 241-912
1901 D Street, SE
Washington, DC 20003
Plaintiff

Jury Trial

**RECEIVED**
NOV 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-V-

Civil Action No. 07-1063 ~~HHK~~ RJL

Defendants
Steve Kirchner, MPD DC
Joseph Soputa, MPD DC

Plaintiff's *pro se* Response to Motion to Dismiss submitted by Defendants

On 9-3-07, Document 9, 1 of 1 page Court Order, went out on September 4, 2007, to the wrong address (Rivers Correctional Institution). The order states that plaintiff shall respond to the motion to dismiss [7] within 30 days of the order. It also states "if plaintiff does not respond by the date, the court may treat the motion as conceded. Due to the fact that defendants sent the motion to the wrong address, Plaintiff, Antoine Jones, did not receive the "Motion to Dismiss" until the 15th Day of October, 2007. Defendants Kirchner and Soputa mailed the information on or about September 6, 2007, to Rivers Correctional Institution in Winton, NC. Since Plaintiff Jones received the information on October 15, 2007, Plaintiff did not have the opportunity to respond within the 30 days requested by defendants.

As stated in the correction of address to the courts and to all defendants, Plaintiff Jones is currently housed at the District of Columbia Jail in Washington, DC. As noted in Plaintiff's original filing, the correct mailing address for Plaintiff Antoine Jones is:

Antoine Jones
DCDC #241-912
1901 D Street, SE
Washington, DC 20003

Plaintiff Jones requests the Defendants make the mailing address correction. Due to the mistakes made by the defendants in mailing the motion to the wrong address, the plaintiff is responding to the motion as of this date. [Copy of the mailing envelopes is enclosed as proof of incorrect address and defendant's mistakes.]

Page Two

Plaintiff further takes this opportunity to put on record that plaintiff has never received a motion to dismiss from Steve Kirchner and Joseph Sopata, Civil Action No. 07-1063(HHK). In regards to this matter, Plaintiff has only received page 1 of 1, Document 9, court order for plaintiff to respond in 30 days from September 4, 2007.

Plaintiff Jones further requests the courts to remand this case for trial as the information in plaintiff's original filing has substantiated an abundance of evidence supporting multiple allegations of legal violations by the defendants.

Plaintiff asserts that Detective Sopata violated my constitutional rights by invading my privacy, my wife's privacy, and my son's privacy with the illegal entry into plaintiff's Moore Street residence. Detective Joseph Sopata, MPD, testified that he along with other officers ente4red the Moore Street residence on October 24, 2005. The agents and detective Sopata violated me and my family's 4th Amendment Right, violated Criminal Procedure Rule 41, and broke the law. [I refer the courts to plaintiff's complaints entered.] Plaintiff states facts and evidence showing FBI and MPD agents violated my constitutional rights. The officers started the illegal search the moment plaintiff's garage door closed from the view of the officer's eyes. The officers continued illegal surveillance of the illegal GPS tracking device the early morning of October 24, 2005 until they entered the house and removed the device at 5:21 a.m., violating Rule 41.

Plaintiff also refer the courts to *U.S. v Karo 468 US 705(1984)* and Honorable Judge Huvelle memorandum opinion decision 172 at 28-case1:05CR00386 E.S.H., document 172 file 8-10-2006, and Honorable Judge Huvelle granted in part – Mr. Jones *pro se* motion to suppress evidence obtained from the G.P.S. tracking device.

There is evidence of foul play and the agents breaking the law when the agents entered the plaintiff's front door with unauthorized key, agents never presenting a search warrant, agents failure to leave a search warrant or Attachment A [the agents only left an inventory sheet listing items taken from the residence] see *United States v Gantt 194 F. 3D987 (9th cir 1999)*.

The agents also committed perjury and foul play by stating "the plaintiff signed a voluntary consent form and plaintiff went out to the garage and pointed out bags with money." Detective Sopata testified "he entered the house with the FBI agents, he was responsible for the seizure of inventory in the garage and within the Jeep Cherokee."

<u>Illegal placement of the Jeep Cherokee and illegal monitoring of the Jeep Cherokee, violating expired order GPS tracking device and USC3117.</u>

Simply put, Detective Kirchner and the FBI operated outside the limits of the court order and placed a GPS tracking device on my Jeep Cherokee on September 27, 2005, and on October 19, 2005, detectives replaced the dead battery in the device by entering plaintiff's garage (attached to the residence) without first obtaining authorization or

Page Three

permission. Detectives illegally monitored the Jeep Cherokee 24 hours a day, 7 days a week, invading plaintiff's and plaintiff wife's expectation of privacy. Detectives continually monitored the Jeep Cherokee after it entered into plaintiff's garage, attached to his private residence, Moore Street, Waldorf. The detectives and agents crossed outside their authorized jurisdiction and further violated the court order when they placed the GPS device on the Jeep after the court order had expired, violating USC3117.

FBI Agent Steven Naugle, and MPD detectives Steve Kirchner and Joseph Sopata testified on November 6, 2006, 1:45 pm, docket no. *CR-05-0386 United States v Antoine Jones, et al.*

Plaintiff is hereby filing suit against each MPD detective Steve Kirchner, Joseph Sopata, along with FBI agents Steve Naugle, Jon Snow, Gregg Horner, Joseph Lowery, Angela McCrary, Brian Mumford, Timothy Pak, Jared Wise, Serghy Kalozny, Kate Beaton, all in their individual capacity as their employers, the District of Columbia MPD and the Federal Bureau of Investigation.

Plaintiff is suing for $5,000,000.00 (five million dollars) in monetary damages, mental anguish, depression, stress, nightmares, embarrassment, physical aches and pains, invading my privacy, violating my 4th Amendment Constitutional Rights.

*Antoine Jones*   10-19-2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Antoine Jones  
241912  
1901 D Street, SE  
Washington, DC 20003  
Plaintif

Jury Trial

-V-

Civil Action No. 07-1063HHK

Defendants  
Steve Kirchner, MPD DC  
Joseph Soputa, MPD DC

Motion to Notify Defendants Kirchner and Soputa of correct address of Plaintiff

Plaintiff, Antoine Jones, is in receipt of "Motion to Dismiss" on this 15th Day of October, 2007. Defendants Kirchner and Soputa mailed the information on or about September 6, 2007, to Rivers Correctional Institution in Winton, NC. Since Plaintiff Jones received the information on October 15, 2007, Plaintiff did not have the opportunity to respond within the 30 days requested by defendants.

Plaintiff Jones is currently housed at the District of Columbia Jail in Washington, DC. As noted in Plaintiff's original filing, the correct mailing address for Plaintiff Antoine Jones is:

Antoine Jones  
DCDC #241-912  
1901 D Street, SE  
Washington, DC 20003

Plaintiff Jones requests the Defendants make the mailing address correction.

Plaintiff Jones further requests the courts to remand this case for trial as the information in plaintiff's original filing has substantiated an abundance of evidence supporting multiple allegations of legal violations by the defendants.

**From:**
Antoine Jones
DC 241-912
[scribbled text] ~ Institution

**To:**
CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Postage: $00.41 — SEP 05 2007 — MAILED FROM ZIP CODE 20001

Notation: Steve Kirchner AND Joseph Sofuta envelope

208

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
02 1A        SEP 11 2007
0004634648
MAILED FROM ZIP CODE 20001

24/912

ANTOINE JONES
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
W̶i̶n̶t̶o̶n̶, NC 27986



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

REPLY TO: _____

**OFFICIAL BUSINESS
PENALTY FOR MISUSE**

Mr. Antoine Jones
DC #241-912
Rivers Correctional Institute
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA

OFFICIAL BUSINESS
PENALTY FOR MISUSE

REPLY TO:

OFFICE OF THE ATTORNEY GENERAL
SUITE 600S
441 FOURTH STREET, N.W.
WASHINGTON, D.C. 20001

ANTOINE JONES
DC # 241-912
RIVERS CORRECTIONAL INSTITUTION
POB 630
WINTON, N.C. 27986

Antoine Jones
18600-016
12221 Brandywine
Brandywine, MD 20612

River C——— Institution
P.O. Box 840
Winton, NC 27986-0840

Rivers Correctional Institution
P.O. Box 840
Winton, NC 27986-0840

Antoine Jones
12221 Brandywine Rd
Brandywine, MD 20