UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES,              :
                            :
        Plaintiff,          :
                            :
    v.                      :     Civil Action No. 07-1063 (RJL)
                            :
DET. STEVE KIRCHNER, *et al.*, :
                            :
        Defendants.         :

## ORDER

Among the defendants sued in their individual capacities are the following agents of the Federal Bureau of Investigation: Steve Naugle, Jon Snow, Craig Wallace, Gregg Horner, Joseph Lowery, Angela McCravy, Brian Mumford, Timothy Pak, Jared Wise, Serghy Kaluzny, Kevin Wolf, Kate Beaton, and Brooks. It appears that the United States Marshal has been unable to serve these defendants personally because plaintiff has not provided proper or complete addresses.[1] Local Civil Rule 5.1(e) requires that a *pro se* plaintiff proceeding *in forma pauperis* "provide . . . the name and full residence address or official address of each party," and failure to do so may result in dismissal of the complaint as to those parties. LCvR 5.1(e).

Accordingly, it is hereby

ORDERED that, by April 15, 2008, plaintiff shall provide proper and complete addresses for defendants Steve Naugle, Jon Snow, Craig Wallace, Gregg Horner, Joseph Lowery, Angela McCravy, Brian Mumford, Timothy Pak, Jared Wise, Serghy Kaluzny, Kevin Wolf, Kate Beaton,

---

[1] The United States Marshal attempted to serve these defendants at FBI's Washington, DC headquarters office, and the FBI's Office of the General Counsel refused to accept service on the defendants' behalf. *See* Dkt. #6.



and Brooks. Plaintiff also shall provide the full name of defendant Brooks. Plaintiff's failure to comply with this Order may result in the dismissal of this action as against these defendants.

SO ORDERED.

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge

Date:

3/11/08