UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　)<br>STEVE KIRCHNER *et al.*,　　　)<br>　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　)<br>　　　　　　　　　　　　　　　) | Civil Action No. 07-1063 (RJL)<br><br>FILED<br>MAY 27 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED; and it is further

ORDERED that all pending motions are DENIED as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
Date:　　　　　　　　　　　　　　　　　　　 United States District Judge

5/26/08